**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOUDON VAN HOPE-EL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF STATE et al.,<br><br>　　　　Defendants. | Case No.: 1:18-cv-0441-DAD-JLT<br><br>ORDER TO PLAINTIFF TO SHOW CAUSE WHY HIS MOTION TO PROCEED IN FORMA PAUPERIS SHOULD NOT BE DENIED |

The Court may authorize the commencement of an action without prepayment of fees "by a person who submits an affidavit that includes a statement of all assets such person . . . possesses [and] that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a). Thus, an action may proceed despite a failure to prepay the filing fee only if leave to proceed in forma pauperis is granted by the Court. *See Rodriguez v. Cook*, 169 F.3d 1176, 1177, 1178 (9th Cir. 1999).

The Ninth Circuit has held "permission to proceed in forma pauperis is itself a matter of privilege and not a right; denial of an in forma pauperis status does not violate the applicant's right to due process." *Franklin v. Murphy*, 745 F.2d 1221, 1231 (9th Cir. 1984) (citing *Weller v. Dickson*, 314 F.2d 598, 600 (9th Cir. 1963)). In addition, the Court has broad discretion to grant or deny a motion to proceed IFP. *O'Loughlin v. Doe*, 920 F.2d 614, 616 (9th Cir. 1990); *Weller*, 314 F.2d at 600-01. In making a determination, the Court "must be careful to avoid construing the statute so narrowly that a litigant is presented with a Hobson's choice between eschewing a potentially meritorious claim or

1

foregoing life's plain necessities." *Temple v. Ellerthorpe,* 586 F.Supp. 848, 850 (D.R.I. 1984).

Plaintiff reports that he is currently employed and his "take-home salary" is $1,800.00 every two weeks. (Doc. 2 at 1)  He asserts that he makes rent payments in the amount of $400 and monthly car payments in the amount of $754. (*Id.* at 2)  Thus, Plaintiff's reported income exceeds the identified expenses by more than $2,400 per month.  Further, Plaintiff reports he has $1,300 in a checking account and $900 in savings. (*Id.*)  Accordingly, the information provided does not support the conclusion that Plantiff is unable to to provide himself with life's necessities while still paying court costs.

## ORDER

Based upon the foregoing, the Court **ORDERS**:

1. Within 21 days, Plaintiff **SHALL** show cause in writing why the motion to proceed in forma pauperis should not be denied.  Alternatively, within 21 days, Plaintiff may pay the filing fee.

**<u>Plaintiff is advised that failure to respond timely to this order will result in a recommendation that his motion to proceed in forma pauperis be denied.</u>**

IT IS SO ORDERED.

Dated:   **April 26, 2018**                             **/s/ Jennifer L. Thurston**
                                                                              UNITED STATES MAGISTRATE JUDGE