1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11   JOUDON VAN HOPE-EL,                    )   Case No.: 1:18-cv-0441 - DAD - JLT
                                            )
12              Plaintiff,                  )   ORDER TERMINATING PLAINTIFF'S MOTION
                                            )   TO PROCEED IN FORMA PAUPERIS AS MOOT
13        v.                                )
                                            )   ORDER DIRECTING THE CLERK OF COURT TO
14   U.S. DEPARTMENT OF STATE, et al.,      )   ISSUE NEW CASE DOCUMENTS
                                            )
15              Defendant.                  )
                                            )
16   _____       )

17        Plaintiff initiated this action by filing a complaint on April 2, 2018, with a motion to proceed in

18   forma pauperis.  (Docs. 1, 2)  However, Plaintiff paid the filing fee for the action on May 3, 2018.

19   According, the Court **ORDERS**:

20        1.      The motion to *proceed in forma pauperis* (Doc. 2) is terminated as MOOT; and

21        2.      The Clerk of Court is DIRECTED to issue the new civil case documents and summons.

22

23   IT IS SO ORDERED.

24     Dated:   __**May 7, 2018**__                    _____**/s/ Jennifer L. Thurston**
25                                               UNITED STATES MAGISTRATE JUDGE

26

27

28

                                                    1