# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOUDON VAN HOPE-EL, | ) Case No.: 1:18-cv-0441 - DAD - JLT |
| Plaintiff, | ) ORDER TERMINATING MOTIONS |
| | ) (Docs. 27, 28, 29) |
| v. | ) |
| U.S. DEPARTMENT OF STATE, et al., | ) ORDER TO PLAINTIFF TO SHOW CAUSE WHY |
| | ) SANCTIONS SHOULD NOT BE IMPOSED FOR |
| Defendants. | ) FAILURE TO COMPLY WITH SERVICE RULES |
| | ) |

On May 29, 2018, the plaintiff filed affidavits of service indicating that the summons, complaint and "Statement of Claim," were served by personal service on a person authorized to accept service at the "U.S. Department of Justice c/o U.S. Attorney General, Jefferson Session, U.S. Attorney General." (Doc. 7) On the same date, he filed a similar proof of service on the "U.S. Department of State."

On July 19, 2018, Plaintiff filed an application for the entry of default against the United States Department of State. (Doc. 13) The Court denied entry of default and noted that the proofs of service were inadequate to demonstrate proper proof of service on the United States. (Doc. 18) The Court set forth the requirements of Rule 4 of the Federal Rules of Civil Procedure and described why the service was improper. Id. In response, the plaintiff filed documents, which, in essence, insist that service was

proper.[1]  (Docs. 20, 21, 22)  On August 3, 2018, an Assistant United States Attorney filed a document iterating the position that the United States has not been properly served and that it would not respond until proper service was made.  (Doc. 23)  Despite this, the plaintiff has not effected proper service and, instead, has filed many other pleadings.  The plaintiff is advised that the Court **will not** consider any of these filings or any future filings until proper service is made and the proper time for the defendant to respond has passed.  Thus, the Court **ORDERS**:

1. Plaintiff's filings (Docs. 27, 28, 29) are **TERMINATED**;
2. **Within 21 days**, the plaintiff **SHALL** file proof of service of the summons and complaint, which demonstrates that the requirements of Fed.R.Civ.P.4(a) have been satisfied.  Alternatively, **within 21** days, he **SHALL** show good cause in writing why the action should not be dismissed for failure to comply with Fed.R.Civ.P. 4(m);
3. Until the plaintiff has filed proof of service demonstrating proper and effective service on the defendant he **SHALL NOT** file any further frivolous pleadings[2].

**The plaintiff is advised that his failure to comply with this order, and/or his failure to demonstrate good cause for his failure to effect proper service, SHALL result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

   Dated: **October 15, 2018**              **/s/ Jennifer L. Thurston**
                                                            UNITED STATES MAGISTRATE JUDGE

---

[1] Mr. Van Hope-el's analysis of the service he has made is incorrect.  He is strongly urged to seek the advice of a lawyer or to conduct careful and thorough legal research to assist him in understanding the Court' prior order and Fed.R.Civ.P.4(a).

[2] Thus far, nearly every filing the plaintiff has filed has been ill-advised, fails to comply with the Rules of Civil Procedure and are frivolous.